United States of America v. $5,000.00 in United States Funds    Doc. 2

Case 5:06-cv-00099-RLV-DCK    Document 2    Filed 08/23/2006    Page 1 of 1
Case 5:06-cv-00099    Document 1-4    Filed 08/14/2006    Page 1 of 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:06CV99-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT OF FORFEITURE** |
| $5000 IN UNITED STATES FUNDS, | ) | |
| Defendant. | ) | |

BASED on the verified complaint and it appearing of record that the person from whom the defendant property was received has (1) consented to the entry of a judgment of forfeiture, (2) consented that all further proceedings for the forfeiture may be conducted by the Magistrate Judge, (3) waived further notice of such proceedings, and (4) stipulated to probable cause for forfeiture, the allegations of the complaint are taken as admitted.

Based upon the above findings, IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED that the defendant property is hereby forfeited to the plaintiff, United States of America, and the United States is hereby directed to dispose of the forfeited defendant property as provided by law.

Signed this the 23rd day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE